IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANGELO JACOB FERMO,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:24-cv-00308-JB-MU |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** | |
| Defendants. | |

**UNOPPOSED MOTION TO STAY UNITED STATES'**
**DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America moves for a stay of all of its deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in the above captioned case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court within 30 days after Congress has appropriated funds for the Department. The Government requests that,

at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.    Counsel for the Plaintiff has authorized undersigned to state that he does not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States moves for a stay of its deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

>Respectfully submitted,
>
>SEAN P. COSTELLO
>UNITED STATES ATTORNEY
>
>By: *s/Victoria Todd*
>Victoria O. Todd
>Assistant United States Attorney
>63 South Royal Street, Suite 600
>Mobile, Alabama 36602
>Telephone: (251) 415-7128
>Victoria.Todd@usdoj.gov
>*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

>*s/ Victoria O. Todd*
>Victoria O. Todd
>Assistant U.S. Attorney